**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7707**

_____

MARC S. CASON,

                    Plaintiff - Appellant,

          v.

STEVE RYAN, Ryan Therapy; HAGERSTOWN, MD. C.M.S.; JOANN
WEITZEL; ROSEMARY ROBINSON; TERRY CUCHAL,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:11-cv-03255-CCB)

_____

Submitted:  April 30, 2012          Decided:  May 24, 2012

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marc S. Cason, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc S. Cason appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Cason v. Ryan</u>, No. 1:11-cv-03255-CCB (D. Md. filed Nov. 28, 2011; entered Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>